COLCORD—WILLIAMS LUMBER CO. v. WARREN GRAIN CO.

LEWIS, J. No error was committed by the trial court in any of the rulings of which complaint is made. The evidence demanded a finding for the plaintiff, and the court therefore did not err in directing accordingly.

*Judgment affirmed. All the Justices concurring, except Little, J., absent.*

Argued February 18,—Decided March 12, 1902.

Complaint. Before Judge Reid. City court of Atlanta. June 13, 1901.

*Tompkins & Alston,* for plaintiff in error.
*A. M. Cunningham* and *T. J. Ripley,* contra.